DOROTHY TICE, Plaintiff-Appellant, *v*. LICENSE APPEAL COMMISSION OF THE CITY OF CHICAGO *et al.*, Defendants-Appellees.

(No. 54929;

First District—December 14, 1971.

Opinion by Mr. PRESIDING JUSTICE LEIGHTON.

Gerald B. Mullin, of Chicago, for appellant.

Richard L. Curry, of Chicago, (Marvin E. Aspen and John S. Elson, of counsel,) for appellee.